The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JCER PROPERTIES LLC, a Washington limited liability company, and RIC J. GOSSER, individually d/b/a JCER Properties LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign insurer,<br><br>Defendant. | NO.: 2:26-CV-04314-TL<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATED MOTION TO EXTEND RESPONSE AND REPLY DEADLINES RELATED TO DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA'S PARTIAL MOTION TO DISMISS PLAINTIFF'S BREACH OF CONTRACT AND DECLARATORY JUDGMENT CLAIMS PURSUANT TO FED. R. CIV. P. 12(B)(6)** |

**ORDER**

Upon review of the Parties' Stipulated Motion and Order to Extend Response and Reply Deadlines Related to Defendant Safeco Insurance Company of America's Partial Motion to Dismiss Plaintiff's Breach of Contract and Declaratory Judgment Claims Pursuant to Fed. R. Civ. P. 12(b)(6) and good cause appearing,

**IT IS HEREBY ORDERED** that the briefing schedule for Defendant's Partial Motion to Dismiss Plaintiff's Breach of Contract and Declaratory Judgment Claims Pursuant to Fed. R. Civ. P. 12(b)(6) is as follows:



POLI, MOON & ZANE, PLLC
720 Seneca St. Ste 107,
Seattle, WA 98101
602-857-8160

- Plaintiff's Response to Partial Motion to Dismiss Plaintiff's Breach of Contract and Declaratory Judgment Claims Pursuant to Fed. R. Civ. P. 12(b)(6) will be due on December 11, 2026; and

- Defendant's Reply in Support of it's Partial Motion to Dismiss Plaintiff's Breach of Contract and Declaratory Judgment Claims Pursuant to Fed. R. Civ. P. 12(b)(6) will be due on December 18, 2026; and

- The noting date on Partial Motion to Dismiss Plaintiff's Breach of Contract and Declaratory Judgment Claims Pursuant to Fed. R. Civ. P. 12(b)(6) is hereby renoted to December 18, 2026.

DATED this 20th day of November, 2026.

The Honorable Judge Tana Lin

Presented By:
**POLI MOON & ZANE, PLLC**

*s/ Mariam Ahmed*
Mariam Ahmed, WSBA #63115
Jeffrey G. Zane, WSBA #62691
Michael N. Poli, WSBA #63619
720 Seneca Street, Suite 107
Seattle, Washington 98101
Tel. 602-857-8180
mahmed@pmzlaw.com
jzane@pmzlaw.com
mpoli@pmzlaw.com
*Attorneys for Plaintiffs*

**ROBERT D. BOHM, PLLC**

*/s Robert D. Bohm*_____________
Robert D. Bohm, WSBA #42703
PO Box 25536
Federal Way, WA 98093
Tel. 206-463-6767
rdbohm@premisesinjurylaw.com
*Attorney for Plaintiffs*

**DKM Law Group, LLP**

*s/R. Jasper Marrow*___________
Joshua N. Kastan, WSBA #50899
R. Jasper Marrow, WSBA #61356
1700 7th Ave., Suite 2100
Seattle, WA 98101
Tel: (206) 357-8423
jnk@dkmlawgroup.com
rjm@dkmlawgroup.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

Joshua N. Kastan, WSBA #50899
R. Jasper Marrow, WSBA #61356
DKM Law Group, LLP
1700 7th Ave., Suite 2100
Seattle, WA 98101
Tel: (206) 357-8423
jnk@dkmlawgroup.com
rjm@dkmlawgroup.com
*Attorneys for Defendant*

**By: [X] E-Mail/ECF**

DATED this 20th day of November 2026, at Seattle, Washington.

*/s/Devon Sheehan*
Devon Sheehan | Paralegal
dsheehan@pmzlaw.com